B3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In Re: _____Lowe, Joanna D_____        Case No. __14-18795__
              **Debtor**                                    (if known)

                                       Chapter _____7_____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __76.50__     Check one  ☑ With the filing of the petition, or
                           ☐ On or before __6-18-2014__
$ __76.50__     on or before __7-18-2014__
$ __76.50__     on or before __8-18-2014__
$ __76.50__     on or before __9-16-2014__

☑ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __23 MAY 2014__

_United States Bankruptcy Judge_      AM